IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-393-RJC-DCK

CHARLOTTE-MECKLENBURG
HOSPITAL AUTHORITY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) concerning Robin L. Greenhouse, filed August 23, 2010. Ms. Greenhouse seeks to appear as counsel *pro hac vice* for Plaintiff Charlotte-Mecklenburg Hospital Authority.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Greenhouse is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Charlotte-Mecklenburg Hospital Authority.

Signed: August 24, 2010

David C. Keesler
United States Magistrate Judge