# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:10-CV-393-RJC-DCK

| | |
|---|---|
| CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Mark H. Churchill, filed August 23, 2010. Mr. Churchill seeks to appear as counsel *pro hac vice* for Plaintiff Charlotte-Mecklenburg Hospital Authority.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Churchill is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Charlotte-Mecklenburg Hospital Authority.

Signed: August 24, 2010

_____
David C. Keesler
United States Magistrate Judge